UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRY CUEVAS-NOVAS,  :  <br>     Petitioner                  : <br>                                                     : <br>     v.                                            : <br>                                                     : <br> DEPARTMENT OF HOMELAND     : <br> SECURITY (IMMIGRATION and     : <br> CUSTOMS ENFORCEMENT),       : <br>     Respondent                  : | No. 1:23-cv-00207 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 21st day of August 2023, upon consideration of Petitioner Andry Cuevas-Novas' petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                              s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania